David B. Rosen (SBN 7152)
RosenLaw@hawaii.rr.com
810 Richards Street, Suite 880
Honolulu, HI 96813
Telephone: (808) 523-9393 | Facsimile: (808) 523-9595

Robert A. Schauble (SBN 8445)
rschauble@piteduncan.com
**PITE DUNCAN, LLP**
4375 Jutland Drive, Suite 200
P.O. Box 17935
San Diego, CA 92177-0935
Telephone: (858) 750-7600 | Facsimile: (619) 590-1385

Attorneys for Movant The Bank of New York
Melon FKA the Bank of New York, as Trustee for
the Certificate Holders of the CWAB Inc., Asset-
Backed Certificates Series 2006-2

# UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF HAWAII

| In re: | Case No. 13-00493-RJF (Chapter 7) |
|---|---|
| KEOLA C. PAYAO AND SASHA M. PAYAO, | **Hearing**: Date: May 29, 2013 Time: 1:30 p.m. Judge: Honorable Robert J. Faris |
| Debtors. | |

## MOTION FOR RELIEF FROM AUTOMATIC STAY

The Bank of New York Melon FKA the Bank of New York, as Trustee for the Certificate Holders of the CWAB Inc., Asset-Backed Certificates Series 2006-2 ("Movant")[1] will and hereby does move, pursuant to 11 U.S.C. § 362(d), and Rule

---

[1] This Motion for Relief from Automatic Stay shall not constitute a waiver of the within party's right to receive service pursuant to Fed. R. Civ. P. 4, made applicable to this proceeding by Fed. R. Bankr. P. 7004, notwithstanding Pite Duncan, LLP's participation in this proceeding. Moreover, the within party does not authorize Pite Duncan, LLP, either expressly or impliedly through Pite Duncan, LLP's participation in this proceeding, to act as its agent for purposes of service under Fed. R. Bankr. P. 7004.

4001 of the Federal Rules of Bankruptcy Procedure, for an order terminating the automatic stay of 11 U.S.C. § 362(a) as it applies to Movant and the real property located at 16-2068 Puhala Drive, Pahoa, Hawaii 96778 ("Property").

This Motion is based on the Notice of Hearing, Memorandum of Points and Authorities in Support of Motion for Relief from Automatic Stay, and Declaration in Support of Motion for Relief from Automatic Stay filed concurrently herewith, the pleadings and papers on file herein, and upon such oral and documentary evidence as may be presented by the parties at the hearing.

PITE DUNCAN, LLP

Dated: May 3, 2013

/s/ *Robert A. Schauble*
ROBERT A. SCHAUBLE
Attorneys for The Bank of New York Melon FKA the Bank of New York, as Trustee for the Certificate Holders of the CWAB Inc., Asset-Backed Certificates Series 2006-2